177 A.3d 121

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JOSEPH
A. LICCIARDELLO, A/K/A JOSEPH A. LICCIADELLO,
DEFENDANT–PETITIONER.

C–450 September Term 2017
079744

December 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002651–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.